IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINCY D. ROBERTS,

      Petitioner,                           JUDGMENT IN A CIVIL CASE

v.                                        Case No. 17-cv-516-jdp

LOUIS WILLIAMS, II,

      Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing

Quincy D. Roberts's petition for a writ of habeas corpus under 28 U.S.C. § 2241

because it is barred under 28 U.S.C. § 2255(e).

| /s/ | 1/29/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |